ACCEPTED
03-14-00570-CR
5142306
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 3:38:38 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00570-CR

| | | |
|---|---|---|
| **ERIC BYRON CRAYTON** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 3:38:38 PM
JEFFREY D. KYLE
Clerk

### THIRD MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of Tampering with Physical Evidence on August 11, 2014 in the 207th District Court of Comal County. The jury then sentenced Appellant to 35 years confinement in the institutional division of the Texas Department of Criminal Justice. Appellant timely filed his notice of appeal and filed his brief with the Court on February 2, 2015. The State's brief is currently due on May 4, 2015.

### II.

Mr. Clayten Hearrell is handling this appeal for the State. Since the Court granted the Second Motion for Extension, Mr. Hearrell has been involved in a juvenile murder trial styled In The Matter of S.M., a Juvenile. Those proceedings

1

were stayed prior to closing arguments so that a Writ of Mandamus could be pursued in Cause Number 03-15-00223-CV. An opinion was rendered on that Writ of Mandamus on April 24, 2015. The trial on the merits in that juvenile murder case resumed this morning, May 4, 2015 with closing arguments. Mr. Hearrell has been focused on the Writ of Mandamus issue and the completion of this trial over the course of the last month.

Additionally, during the week of April 13, 2015, Mr. Hearrell was afflicted with food poisoning and was extremely ill for several days, and on April 18, 2015 Mr. Hearrell's grandmother passed away, forcing him to travel out of state to attend and assist with funeral arrangements.

The research in this case has been completed and Mr. Hearrell has almost completed the arguments in the State's brief. In light of the foregoing, the State respectfully requests that the Court grant him a 30-day extension to file the Appellee's Brief. This is the third extension sought by Appellee. The Appellee does not foresee any further requests for extensions

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 30 days, until June 3, 2015, so that an adequate response may be made to Appellant's brief. This extension is not

2

requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Third Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant ERIC BYRON CRAYTON's attorney of record in this matter:

Richard E. Wetzel
wetzel_law@1411west.com
1411 West Avenue
Suite 100
Austin, TX 78701
*Attorney for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov e-filing service this 4th day of May, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**